UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   22mj02054 Goodman

UNITED STATES OF AMERICA

vs.

MELVIN OMAR ALVARENGA BONILLA,
    a/k/a "Melvin Omar Alvarenga Melendez,"

    Defendant.
_____/

FILED BY___ER___D.C.

Jan 12, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?    ___Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   ___Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    ___ Yes  _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *Nardia Haye*
Nardia Haye
Assistant United States Attorney
U.S. Attorney's Office – SDFL
Court ID No. A5502736
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9326
Fax (305) 530-7976
Nardia.Haye@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint   AUSA HAYE

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

vs.

**CRIMINAL COMPLAINT**

MELVIN OMAR ALVARENGA BONILLA,
A/K/A "Melvin Omar Alvarenga Melendez,"

CASE NO.   22mj02054 Goodman

Defendant.

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about January 11, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant, Melvin Omar Alvarenga Bonilla ("BONILLA"), having previously been deported from the United States, attempted to enter the United States, knowingly and unlawfully, without the Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about January 11, 2022, BONILLA, a Honduran national, encountered CBP officers at the Port of Miami in Miami-Dade County. BONILLA presented a Honduran passport, which was entered through Immigration databases. A records check revealed that BONILLA had been previously removed from the United States on November 30, 2006. A search of records maintained by the United States Citizenship and Immigration Service disclosed that BONILLLA did not receive permission from the Attorney General or his successor, the Secretary for Homeland Security, to reapply or legally reenter the United States. Post-*Miranda*, BONILLA admitted that he had been removed from the United States on November 30, 2006, that he paid a smuggler to assist him with reentering the United States, and that he did not apply for permission to reenter.

_____
Rolando Gonzalez, Enforcement Officer
U.S. Customs and Border Protection

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P.4.1 by Facetime.

1/12/2022 _____ at   Miami, Florida _____
Date                                          City and State

HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer